Brette L. Evans, (SBN 177042)
Kelly Klokow, (SBN 280316)
Evans Law Offices
1150 N. First St., Suite 110
San Jose, CA 95112

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

James C. McBurney,

    Debtor(s).

) CASE NO. 21-51254 SLJ
) Chapter 13
)
)
)
)
)

The following attached documents have been amended:

  Schedule A/B:

  <u>Reason for Amendment</u>: Schedule A/B: to fix clerical error with listing of Bank of America account as a savings account and to add the SEP IRA that was funded the day before and day of the bankruptcy case filing. The omission of the SEP IRA was a clerical error.

  I declare under penalty of perjury that the information set forth in the attached schedules is true and correct to the best of my knowledge and belief.

Date: 3/18/22

/s/ James C. McBurney
Debtor, JAMES C. MCBURNEY

Date: 3/18/22

**Evans Law Offices**

*/s/ Brette L. Evans*
Brette L. Evans
Attorney for Debtor(s)

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | James C. | | McBurney |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 21-51254 | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Dodge**
   Model: **Viper**
   Year: **2001**
   Approximate mileage: **56000**
   Other information:
   Value listed is derived from Nada online appraisal (private party value)

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$19,287.00**
   Current value of the portion you own? **$19,287.00**

   3.2 Make: **Nissan**
   Model: **Maxima**
   Year: **2010**
   Approximate mileage: **56000**
   Other information:

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Current value of the entire property? **$5,749.00**
   Current value of the portion you own? **$5,749.00**

| Debtor 1 | James C. McBurney | Case number (if known) | 21-51254 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1 Make: **Columbia**
   Model: **8.7**
   Year: **1977**
   Other information: **Boat is in fair condition, primarily used as office**

   Who has an interest in the property? *Check one*
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$4,000.00**
   Current value of the portion you own? **$4,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$29,036.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Smartphone, laptop (both are over 5 years old) | $800.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Misc. Clothing, shoes, etc. | $500.00 |

| Debtor 1 | James C. McBurney | Case number *(if known)* | 21-51254 |

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☐ No
- ■ Yes. Describe.....

| Watch, Misc. Jewelry | $500.00 |

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses
- ■ No
- ☐ Yes. Describe.....

### 14. Any other personal and household items you did not already list, including any health aids you did not list
- ☐ No
- ■ Yes. Give specific information.....

| Website James C. McBurney (no value listed, website is not bringing in business, and has old outdated data on it, it is useful for my current consulting business as it allows my 1099 employers to utilize information on the website to be viewed by their potential customers) | $0.00 |

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................
$1,800.00

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ■ Yes...........................................................................................................

| | Cash (Cashier's Check) | $12,000.00 |

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes.......................

Institution name:

| 17.1. | Checking | Wells Fargo Bank (xxxx8612) | $2,014.24 |
| 17.2. | Checking | Bank of America (xxxx3905) | $10,628.98 |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes................

Institution or issuer name:

| Debtor 1 | James C. McBurney | Case number (if known) | 21-51254 |
|---|---|---|---|

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Cascade Building Inc, contractor that builds mailboxes, no value is attributed as the stock shares are not saleable, and the debtor has not ability to realize any value from the ownership of the stock** | **Six Percent** % | | $0.00 |
| **Advance Molar Innovation, Inc. (name changed filed to Algevity Inc.), 5% ownership (No value is listed as the corporation has no income, the company did own a patent, but it was transferred to another company, therefore, Algevity Inc. is now a shell company with little to no value)** | **5 percent** % | | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Merrill Edge SEP-Edge** | $7,000.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No

Official Form 106A/B                         Schedule A/B: Property                                         page 4
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case: 21-51254    Doc# 42    Filed: 03/18/22    Entered: 03/18/22 16:23:07    Page 5 of 7

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                      Beneficiary:                 Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☒ Yes.  Describe each claim.........

| | |
|---|---|
| **Claims against Daniel DeBrouse, CSO of AMI Inc WY, CSO of Algevity Inc, Officer of Algevity DL, President of Algevity, Inc, Terrence Scott Rockwell, Secretary of AMI Inc. Officer in Algevity Inc, Robert H Welch former consultant to AMI LLC, former CFO of AMI Inc, Former President of Algevity Inc WY and Algevity Inc DL, current President and CFO of AuTerre Inc., Steven Grant and Does 1-10 who were investors in prior failed Welch startup in winemaking, former investors in Algevity Inc WY, and current investors in AuTerre Inc, Althea Bougarades former consultant and web designer for Algevity Inc, and AuTerre Inc, Advanced Molar Innovation LLC, Advanced Molar Innovation Inc Wyoming, Algevity Inc. Wyoming, Algevity Inc Deleware, AuTerre, Inc Delaware** | $0.00 |
| **Advanced Molar Innovation, outstanding receivable from consulting work is $180,000, work eded in 10/20 (the balance is presently uncollectable, however, Debtor is pursuing litigation).** | $0.00 |

| Debtor 1 | James C. McBurney | Case number (if known) | 21-51254 |
|---|---|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................** | **$31,643.22**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | | | $0.00 |
|---|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $29,036.00 | | | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,800.00 | | | |
| 58. | **Part 4: Total financial assets, line 36** | $31,643.22 | | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $62,479.22 | Copy personal property total | | $62,479.22 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | | $62,479.22 |