Entered on Docket
June 10, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: June 10, 2022

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES C. McBURNEY,<br><br>           Debtor. | Case No.: 21-51254 SLJ<br><br>Chapter 13 |

## ORDER DISMISSING CASE

Pursuant to the Order on Trustee's Motion to Dismiss, entered on April 28, 2022, no plan having been confirmed by the deadline of June 9, 2022, as set forth therein,

IT IS HEREBY ORDERED that this case is DISMISSED.

*** END OF ORDER***

ORDER DISMISSING CASE

-1-

**COURT SERVICE LIST**

James McBurney
3077 West Ledyard Way
Aptos, CA 95003

ECF Notifications

ORDER DISMISSING CASE
-2-
Case: 21-51254    Doc# 80    Filed: 06/10/22    Entered: 06/10/22 13:44:19    Page 2 of 2