

**The following constitutes the order of the Court.
Signed: June 10, 2022**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 21-51254 SLJ |
| | Chapter 13 |
| JAMES C. McBURNEY, | |
| Debtor. | |

## ORDER OVERRULING OBJECTION TO CLAIM OF ADVANCED MOLAR INNOVATION, INC. (CLAIM NO. 2)

Advanced Molar Innovation, Inc. ("AMI") filed a proof of claim in the amount of $8,560,000 ("Claim"). Debtor objected to the Claim ("Claim Objection"). The Claim Objection was heard on March 24, 2022. The hearing was continued to June 9, 2022, so the parties could conduct discovery and discuss possible resolutions. The court's understanding is that Debtor has filed a state court lawsuit against AMI, which filed the Claim to preserve its counter-claims against Debtor.

The court has not made any determination on the amount or validity of the Claim. With the bankruptcy case having been dismissed, such determination is unnecessary because dismissal of the case eliminates the need to address the allowance or disallowance of claims.

ORDER OVERRULING CLAIM OBJECTION
-1-

The Claim should be resolved in state court, especially the filing of Debtor's lawsuit which appears to arise from the same transactions and events.

For the foregoing reasons,

IT IS HEREBY ORDERED that the Claim Objection is OVERRULED as moot.

*** END OF ORDER***

**COURT SERVICE LIST**

James McBurney
3077 West Ledyard Way
Aptos, CA 95003

ECF Notifications

ORDER OVERRULING CLAIM OBJECTION